DARRYL A. STALLWORTH (SBN: 163719)
The Law Office of Darryl A. Stallworth,
A Professional Corporation
2355 Broadway, Suite 303
Oakland, CA 94612
Telephone:   (510) 271-1900
Facsimile:    (510) 271-1902

Attorney for Defendant
RICHARD SERRELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>RICHARD SERRELL,<br><br>     Defendant. | Case No. 2:12-CR-00198-MCE-21<br><br>**STIPULATION TO CONTINUE**<br><br>**SENTENCING HEARING**<br><br>Date: 3/3/2016<br><br>Time: 9 a.m. |

TO THE ABOVE-ENTITLED COURT, AND UNITED STATES ATTORNEY OF THE EASTERN DISTRICT OF CALIFORNIA:

   PLEASE TAKE NOTICE that this matter is set for Sentencing on Thursday, March 3, 2016 at 9 a.m. in the above-entitled Court. All parties Stipulate to continue the sentencing hearing to Thursday, May 19, 2016 or to the next convenient date for all parties in the above matter.

The parties STIPULATE and request that the Sentencing hearing for March 3, 2016 at 9 a.m. for Defendant, Richard Serrell be vacated and continued to a future date to be determined.

Dated: February 9, 2016

/S/
ROGER YANG
Assistant United States Attorney

Dated: February 9, 2016

/S/
DARRYL A. STALLWORTH
Attorney for Defendant, RICHARD SERRELL

**IT IS SO ORDERED.**

Dated: February 17, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT