PHILLIP A. TALBERT
United States Attorney
RICHARD BENDER
ROGER YANG
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00198-MCE |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| RICHARD LEON SERRELL, | |
| Defendant. | |

WHEREAS, on January 11, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Richard Leon Serrell forfeiting to the United States the following property:

    a.    Assorted jewelry valued at $178,675.00, and

    b.    $9,600 in U.S. Currency.

AND WHEREAS, beginning on January 16, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

2

1    AND WHEREAS, no third party has filed a claim to the subject property and the time for
2 any person or entity to file a claim has expired.
3    Accordingly, it is hereby ORDERED and ADJUDGED:
4    1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America
5 all right, title, and interest in the above-listed assets, pursuant to 21 U.S.C. § 853(a), to be disposed
6 of according to law, including all right, title, and interest of Richard Leon Serrell.
7    2.   All right, title, and interest in the above-listed assets shall vest solely in the name of
8 the United States of America.
9    3.   The U.S. Marshals Service shall maintain custody of and control over the subject
10 property until it is disposed of according to law.
11    IT IS SO ORDERED.
12 Dated:  December 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE